## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BRENDA ANITA HAWTHORNE,

      Plaintiff,      22 **CIVIL** 4560 (PGG)(BCM)

-v-          **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 21, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings, including offering the claimant an opportunity for a hearing.

**Dated:** New York, New York
    November 21, 2022

                 **RUBY J. KRAJICK**

                 **Clerk of Court**

         **BY:** *K. Mango*

                 **Deputy Clerk**